UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.

RICARDO ESTRADA

## DEFENDANT'S PROPOSED CONDITIONS OF RELEASE

Defendant Ricardo Estrada, by his attorney, proposes the following conditions of pre-trial release:

1. Unsecured appearance bond in the sum of $10,000.00;

2. Reside with his brother Gustavo Estrada, 19322 El Rivino Road, Apartment 15, Riverside, California 92509;

3. Seek and maintain employment;

4. Report as directed by pre-trial services office;

5. Abide by all statutory and court ordered conditions of release.

Defendant submits that if the Court deems it necessary to set more restrictive conditions of release, that either Gustavo Estrada or May Helen Rojas (defendant's first cousin), 4680 Jurupa Avenue, Apartment 7, Riverside, California 92509, have offered to serve as third party custodians for defendant's release.

Defendant submits that both Gustavo Estrada and Mary Helen Rojas have been interviewed by telephone by the pre-trial services office regarding the proposed conditions of release, understand the nature of the charges pending against defendant, are willing to accept Ricardo Estrada into the home, and willing to serve, if necessary, as third party custodian.

RICARDO ESTRADA
By his attorney,

*[signature]*

Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334

CERTIFICATE OF SERVICE

I certify that I have served a copy of the above on Robert Peabody, AUSA.

*[signature]* 6/21/04
Elliot M. Weinstein