IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | NO. 04-10299-PBS |
| | : | |
| LUZ LUCIANO et al. | : | |
| | : | |

NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

Comes now the United States of America, by Michael J. Sullivan, United States Attorney, and Neil J. Gallagher, Jr., Assistant United States Attorney for the District of Massachusetts, and hereby provides notice that undersigned counsel will be representing the government in the above captioned matter in place of former AUSA Robert L. Peabody. All future correspondences and pleadings should be sent to undersigned counsel instead of Mr. Peabody.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Neil J. Gallagher
Neil J. Gallagher, Jr.
Assistant U.S. Attorney
U. S. Attorney's Office
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3397
Virginia State Bar No. 41457

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person(s) listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

All counsel of record.

This 17th day of 2004.

_____
NEIL J. GALLAGHER, JR.
ASSISTANT UNITED STATES ATTORNEY