UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ )<br>UNITED STATES OF AMERICA, )<br> )<br> )<br>     v. )<br> )<br>BENITO GRULLON, )<br>VALENTIN MARTINEZ, )<br>KELVIN MADERA and )<br>RICARDO ESTRADA, ET AL, )<br>         Defendants, )<br>_____ ) | CRIMINAL ACTION<br>NO. 04-10299-PBS |

**STATUS REPORT**
**January 31, 2005**

**SWARTWOOD, M.J.**

   The following is a Status Report to Saris, J. to whom this case is assigned:

   1.  Trial

   This is a multi-defendant case in which the following Defendants have requested that this case be returned to Judge Saris for trial:  Benito Grullon, Valentin Martinez, Kelvin Madera and Ricardo Estrada.

        A.  Length of Trial

   Counsel for the parties estimate approximately three weeks.

        B.  Substantive Motions

   None anticipated.

C. <u>Defenses</u>

None of the Defendants intend to present an alibi, public authority or insanity defense.

D. <u>Interpreter</u>

All four of these Defendants need a Spanish speaking interpreter.

2. <u>Excludable Time</u>

I have previously excluded from the Speedy Trial Act, the entire period from date of arraignment of these Defendants through March 23, 2005. Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case be tried on or before <u>Wednesday, June 1, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE