UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  04-10299-PBS |
| v. | |
| BENITO GRULLON<br>VALENTIN MARTINEZ<br>KELVIN MADERA<br>RICARDO ESTRADA | |

### NOTICE OF INITIAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                              February 7, 2005

      TAKE NOTICE that the above-entitled case has been set for a Initial Pretrial Conference on **February 25, 2005**, at **10:00 a.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

      By the Court,

       /s/ Robert C. Alba
      Deputy Clerk

Copies to:  All Counsel