UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10299-PBS

v.

RICARDO ESTRADA

**NOTICE OF MOTION HEARING**

SARIS, U.S.D.J.                                                                                          February 15, 2005

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Revoke Order of Detention on **February 25, 2005**, at **10:00 a.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

      By the Court,

      /s/ Robert C. Alba
      Deputy Clerk

Copies to:  All Counsel