JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Lynn__                    **Related Case Information:**

**County** __Essex__          Superseding Ind./ Inf. __X__          Case No. __04-10299 PBS__
                               Same Defendant __x__          New Defendant _____
                               Magistrate Judge Case Number __M 04-1732- CBS__
                               Search Warrant Case Number __04 M 1720- to 1730, 04-M 1738__
                               R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __RICARDO MANUEL ESTRADA__          Juvenile:     ☐ Yes     X No

Alias Name _____

Address _____

Birthdate: _____ SS # _____ Sex: __MALE__ Race: __Hispanic__ Nationalit __Mexican__

**Defense Counsel if known:**     Eliot Weinstein, Esq.          Address __228 Lewis Wharf__

Bar Number _____                              __617-367-9334__

**U.S. Attorney Information:**

AUSA __Neil Gallagher__                    Bar Number if applicable _____

**Interpreter:**     X Yes     No          List language and/or dialect:     __Spanish__

**Matter to be SEALED:**     Yes   X   No

     Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date _____

X Already in Federal Custody as of _____          __Wyatt Detention, Central Falls, RI__
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:     Ordered by: _____     on _____

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty _____ ☐ Misdemeanor _____ X Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __3/23/05__          Signature of AUSA: _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     RICARDO MANUEL ESTRADA _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | I |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          Category No.  II           **Investigating Agency**  DEA

**City**  Lynn                 **Related Case Information:**

**County**  Essex              Superseding Ind./ Inf.  X          Case No.  04-10299 PBS
                               Same Defendant _____ New Defendant _____
                               Magistrate Judge Case Number  04-M-1685 CBS
                               Search Warrant Case Number  04-M-1720-to-1730
                               R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  ANDRES MARTINEZ-ACEVEZ          Juvenile:    ☐ Yes    X No

Alias Name  "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

Address _____

Birthdate: _____ SS #  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  Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**    John Cicilline, Esq.          Address  381 Atwells Ave., Providence, RI

Bar Number _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher                    Bar Number if applicable _____

**Interpreter:**    X Yes    No          List language and/or dialect:          Spanish

**Matter to be SEALED:**          Yes  X  No

     Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date     5/1/2004

X  Already in Federal Custody as of _____ in  Wyatt Detention, Central Falls, RI  .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   ~~10/5/04~~  3/23/05          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira";
"Zequeira"; "El Viejo"

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Lynn__          **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf.  __X__          Case No. __04-10299 PBS__
Same Defendant  __x__          New Defendant _____
Magistrate Judge Case Number  __04-M-1685 CBS__
Search Warrant Case Number  __04-M-1720 to 1730__
R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __JOSE ROSALES__          Juvenile:  ☐ Yes  X No

Alias Name  __TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU__

Address  __88 NEWARK ST, LYNN MA__

Birthdate: __5/10/76__  SS # __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__  Sex: __MALE__  Race: __Hispanic__  Nationalit __Mexican__

**Defense Counsel if known:**    Raymond A. O'Hara, Esq.    Address __1 Exchange Place., Worcester, MA__

Bar Number  _____

**U.S. Attorney Information:**

AUSA  _____          Bar Number if applicable  _____

**Interpreter:**  X Yes  No    List language and/or dialect:  __Spanish__

**Matter to be SEALED:**  Yes  X  No

Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date  __5/1/04__

X  Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐  Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**  ☐ Petty ——  ☐ Misdemeanor ——  X☐ Felony —— 4

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  __3/23/05__          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**    (To be filled in by deputy clerk): _____

**Name of Defendant**    JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

7

JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II _____     **Investigating Agency**  DEA _____

**City**  Lynn _____          **Related Case Information:**

**County**  Essex _____     Superseding Ind./ Inf.   X _____     Case No.  04-10299 PBS
                                   Same Defendant   x _____     New Defendant _____
                                   Magistrate Judge Case Number   04-M-1685 CBS _____
                                   Search Warrant Case Number   04-M-1720 to 1730 _____
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   VALENTIN MARTINEZ _____          Juvenile:     ☐ Yes     X  No

Alias Name   VALENTIN RIVERA AKA V AKA VALE _____

Address   108 JOHNSON STREET, LYNN, MA _____

Birthdate:  12/20/69 ___   SS #  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 ___  Sex:  MALE ___  Race:  Hispanic _____     Nationalit  Mexican _____

**Defense Counsel if known:**          Ronald Ian Segal, Esq. _____     Address  23 Central Ave., Lynn, MA _____

Bar Number   _____          _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher _____          Bar Number if applicable   _____

**Interpreter:**     X  Yes     X  No          List language and/or dialect:     Spanish _____

**Matter to be SEALED:**          Yes   X   No

    Warrant Requested          ☐ Regular Process          x In Custody

**Location Status:**

Arrest Date      5/1/04 _____

x  Already in Federal Custody as of   _____   in   Wyatt Detention, Central Falls, RI ___   .
☐  Already in State Custody at _____   ☐ Serving Sentence     ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by:   _____   on   _____

**Charging Document:**          Complaint     ☐ Information          X  Indictment

**Total # of Counts:**     ☐ Petty ———     ☐ Misdemeanor ———     X☐ Felony —— 3 ———

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05 _____     Signature of AUSA:   _~Res~ Z._

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | 18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** MA _____ **Category No.** _____ **Investigating Agency** DEA/MSP

**City** Lynn/Peabody _____ **Related Case Information:**

**County** Essex _____

Superseding Ind./ Inf.    X _____    Case No.    04-10299-PBS
Same Defendant    x _____    New Defendant _____
Magistrate Judge Case Number    04-m-1685-CBS _____
Search Warrant Case Number    04-m-1720 to 1730 _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    MANUEL GERMOSEN _____    Juvenile    ☐ Yes    ☒ No

Alias Name    Kelvin Madera, Manolo _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex M Race: Hispanic _____ Nationality: Dom Rep _____

**Defense Counsel if known:** Steven Judge _____ **Address:** 23 Central Ave., #605
Lynn, MA 01902 _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher _____ **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** Spanish _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as    May 1, 2005 _____ in    Plymouth County _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05    **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     MANUEL GERMOSEN

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** DEA |

**City** Lynn        **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.   X       Case No.   04-10299 PBS
Same Defendant   X     New Defendant
Magistrate Judge Case Number    04-M-1685 CBS
Search Warrant Case Number    04-M-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ABDALLAH HAMDAN      Juvenile:    ☐ Yes    X No

Alias Name

Address    10 ROOSEVELT ST METHUEN MA

Birthdate: 1/17/76    SS # 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   Sex: MALE   Race: Arabic     Nationalit Palestinian

**Defense Counsel if known:**    Melvin Norris, Esq.      Address 260 Boston Post Rd., Wayland, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Neil Gallagher      Bar Number if applicable

**Interpreter:**    ☐ Yes   X No     List language and/or dialect:

**Matter to be SEALED:**     Yes   X    No

    Warrant Requested     ☐ Regular Process     X In Custody

**Location Status:**

Arrest Date     5/1/04

X Already in Federal Custody as of      in   Wyatt Detention, Central Falls, RI .
☐ Already in State Custody at      ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:      on

**Charging Document:**     Complaint    ☐ Information     X Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    ☐ X Felony   4

Continue on Page 2 for Entry of U.S.C. Citations

    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   3/23/05     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

js-45-hamdan.wpd - 2/7/02

⬟JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  MA _____    **Category No.** _____    **Investigating Agency**  DEA/MSP _____

**City**  Lynn/Peabody _____    **Related Case Information:**

**County**    Essex _____    Superseding Ind./ Inf.   X _____    Case No.   04-10299-PBS
                               Same Defendant    x _____    New Defendant _____
                               Magistrate Judge Case Number    04-m-1685-CBS
                               Search Warrant Case Number    04-m-1720 to 1730
                               R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  RICARDO MARTINEZ _____    Juvenile    ☐ Yes    ☒ No

Alias Name  Chorizo, Chon _____

Address  _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex  M  Race:   Hispanic _____ Nationality:  Dom Rep _____

**Defense Counsel if known:** _____    **Address:** _____
                                                              _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher _____    **Bar Number if applicable** _____

Interpreter:    ☒ Yes ☐ No    List language and/or dialect:    **Spanish** _____

Matter to be SEALED:    ☐ Yes    ☒ No

    ☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____  in  _____ .
☐ **Already in State Custody** _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ **On Pretrial Release:**    Ordered by _____  on

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** 3/23/05    **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     RICARDO MARTINEZ _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  __MA_____    Category No. _____    Investigating Agency  __DEA/MSP_____

City  __Lynn/Peabody_____         **Related Case Information:**

County    __Essex_____            Superseding Ind./ Inf.  __X_____    Case No.    __04-10299-PBS__
                                       Same Defendant    __x_____    New Defendant  _____
                                       Magistrate Judge Case Number    __04-m-1685-CBS__
                                       Search Warrant Case Number    __04-m-1720 to 1730__
                                       R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name  __HOWARD GREENBERG_____    Juvenile    ☐ Yes    ☒ No

Alias Name    _____

Address    _____

Birth date (Year only):  _____  SSN (last 4 #): _____  Sex __M__ Race:  __Caucasian__  Nationality:  __US_____

**Defense Counsel if known:**    __Roger Witkin_____    Address:  __6 Beacon Street, Ste 1010__
                                                                       __Boston, MA 02108__

**Bar Number:**    _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher_____    Bar Number if applicable    _____

Interpreter:    ☐ Yes ☐ No         List language and/or dialect:    __Spanish_____

Matter to be SEALED:    ☐ Yes    ☒ No

    ☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:**    _____

☐ Already in Federal Custody as    _____  in  _____ .
☐ Already in State Custody    _____  ☐ Serving Sentence    ☐ Awaiting Trial
☒ On Pretrial Release:    Ordered by  __MJ Swartwood__    on    __May 2004__

**Charging Document:**    ☐ Complaint        ☐ Information        ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: __3/23/c5__                    Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    **HOWARD GREENBERG** _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA_____          Category No. _____     Investigating Agency  DEA/MSP_____

City  Lynn/Peabody_____          **Related Case Information:**

County  Essex_____          Superseding Ind./ Inf.  X_____          Case No.  04-10299-PBS_____
                          Same Defendant  x_____          New Defendant _____
                          Magistrate Judge Case Number  04-m-1685-CBS_____
                          Search Warrant Case Number  04-m-1720 to 1730_____
                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  EDGAR HOFFENS_____          Juvenile  ☐ Yes    ☒ No

Alias Name  Carlos Colon Rivera, Tigueron_____

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:  Caucasian_____  Nationality:  US_____

**Defense Counsel if known:**  John Wall_____          **Address:**  1 Commercial Wharf West_____
                                                        Boston, MA 02110_____
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher_____          Bar Number if applicable _____

Interpreter:  ☒ Yes ☐ No          List language and/or dialect:  Spanish_____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____  in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

**Charging Document:**     ☐ Complaint        ☐ Information        ☒ Indictment

**Total # of Counts:**     ☐ Petty _____     ☐ Misdemeanor _____     ☒ Felony  1 count_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 3/23/05          Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **EDGAR HOFFENS** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

/3

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.** II                **Investigating Agency** DEA

**City** Lynn                      **Related Case Information:**

**County** Essex                   Superseding Ind./ Inf. ___X___        Case No. 04-10299 PBS
                                   Same Defendant ___X___         New Defendant _____
                                   Magistrate Judge Case Number      04-M-1685 CBS
                                   Search Warrant Case Number    04-M-1720 to 1730
                                   R 20/R 40 from District of

**Defendant Information:**

Defendant Name    ROGELIO GARCIA                    Juvenile:    ☐ Yes    X No

Alias Name    LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA

Address    85 WALNUT AVE., REVERE, MA

Birthdate: 7/15/80    SS # 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  Sex: MALE  Race: Hispanic          Nationalit USA

**Defense Counsel if known:**    James H. Budreau, Esq.        Address 20 Park Plaza, Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Neil Gallagher                          Bar Number if applicable

**Interpreter:**    ☐ Yes    X No        List language and/or dialect:

**Matter to be SEALED:**        Yes  X      No

      Warrant Requested        X☐  Regular Process            In Custody

**Location Status:**

Arrest Date

    Already in Federal Custody as of                    in                                      .
☐ Already in State Custody at ──────────── ☐ Serving Sentence    ☐ Awaiting Trial
X  On Pretrial Release:    Ordered by:  Mag. Judge Swartwood    on

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   ☐ X Felony ──2──

Continue on Page 2 for Entry of U.S.C. Citations

      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date:   3/23/05                Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   ROGELIO GARCIA _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-garcia.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:    MA                  Category No. _____    Investigating Agency   DEA/MSP

City   Lynn/Peabody                    **Related Case Information:**

County   Essex                Superseding Ind./ Inf.     X              Case No.    04-10299-PBS
                             Same Defendant      x          New Defendant
                             Magistrate Judge Case Number      04-m-1685-CBS
                             Search Warrant Case Number       04-m-1720 to 1730
                             R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JAVIER ANGEL ROMERO              Juvenile   ☐ Yes   ☒ No

Alias Name   Ramon Acosta, the Singer

Address

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:   Hispanic      Nationality: _____

Defense Counsel if known:    **Ray Buso**            Address:  **15 Church Street**
                                                          **Salem, MA 01970**
**Bar Number:**

**U.S. Attorney Information:**

AUSA   Neil Gallagher              Bar Number if applicable

Interpreter:   ☒ Yes   ☐ No        List language and/or dialect:        **Spanish**

Matter to be SEALED:    ☐ Yes   ☒ No

        ☐ Warrant Requested       ☐ Regular Process        ☐ In Custody

Location Status:

Arrest Date:

☒ Already in Federal Custody as _____  in _____.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____  on _____

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:   ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:   3/23/05        Signature of AUSA: