JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     JAVIER ANGEL ROMERO

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

&JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody    **Related Case Information:**

**County** Essex    Superseding Ind./ Inf.  X    **Case No.** 04-10299-PBS
Same Defendant  x    New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number    04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   CHRISTIAN GERMOSEN    Juvenile  ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date (Year only): ___ SSN (last 4 #): ___ Sex M Race: Hispanic  Nationality: Dom. Rep.

**Defense Counsel if known:**  Michael Hickey    **Address:** 15 Church Street
                                                             Salem, MA 01970
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher    Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    CHRISTIAN GERMOSEN

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: MA    Category No. _____    Investigating Agency  DEA/MSP

City  Lynn/Peabody    Related Case Information:

County  Essex    Superseding Ind./ Inf.  X    Case No.  04-10299-PBS
Same Defendant  x    New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JUAN MARTINEZ    Juvenile  ☐ Yes  ☒ No

Alias Name  Juan Eustate

Address _____

Birth date (Year only): ____  SSN (last 4 #): ____  Sex  M  Race:  Hispanic   Nationality:  Mexican

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher    Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date:  FUGITIVE

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    JUAN MARTINEZ

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

&JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA        **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody        **Related Case Information:**

**County** Essex         Superseding Ind./ Inf.  X          Case No.   04-10299-PBS
                        Same Defendant   x            New Defendant _____
                        Magistrate Judge Case Number    04-m-1685-CBS
                        Search Warrant Case Number      04-m-1720 to 1730
                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   GERARDO VASSUER ORTIZ         Juvenile   ☐ Yes   ☒ No

Alias Name   Scarface

Address   _____

Birth date (Year only): ___   SSN (last 4 #): ___   Sex M   Race: Hispanic   Nationality: Mexican

**Defense Counsel if known:**   Richard Welsh        Address: 80 Worchester St., Ste 5
                                                              North Grafton MA, 01536
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher           Bar Number if applicable _____

Interpreter:   ☒ Yes  ☐ No       List language and/or dialect:   Spanish

Matter to be SEALED:   ☐ Yes   ☒ No

   ☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____    ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    GERARDO VASSUER ORTIZ

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: MA          Category No. _____     Investigating Agency  DEA/MSP

City   Lynn/Peabody            Related Case Information:

County   Essex                 Superseding Ind./ Inf.   X            Case No.   04-10299-PBS
                               Same Defendant    x         New Defendant
                               Magistrate Judge Case Number   04-m-1685-CBS
                               Search Warrant Case Number    04-m-1720 to 1730
                               R 20/R 40 from District of

**Defendant Information:**

Defendant Name   PHIL ASARO                              Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:  Caucasian   Nationality: _____

Defense Counsel if known:   Kirk Griffin            Address:  50 Standford Street
                                                              Boston, MA 02114
Bar Number:   _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher                    Bar Number if applicable   _____

Interpreter:   ☐ Yes  ☒ No        List language and/or dialect:   _____

Matter to be SEALED:   ☐ Yes  ☒ No

☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date:   _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by   MJ Swartwood        on   May 2004

Charging Document:   ☐ Complaint     ☐ Information     ☒ Indictment

Total # of Counts:   ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     PHIL ASARO

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** MA  
**Category No.:** _____  
**Investigating Agency:** DEA/MSP  
**City:** Lynn/Peabody  
**County:** Essex  

**Related Case Information:**  
Superseding Ind./ Inf.: X  
Case No.: 04-10299-PBS  
Same Defendant: x  New Defendant: ___  
Magistrate Judge Case Number: 04-m-1685-CBS  
Search Warrant Case Number: 04-m-1720 to 1730  
R 20/R 40 from District of: _____

**Defendant Information:**

Defendant Name: SILVESTRE LIZARDI  
Juvenile: [ ] Yes  [X] No  
Alias Name: _____  
Address: _____  
Birth date (Year only): ___  SSN (last 4 #): ___  Sex: M  Race: Hispanic  Nationality: ___  
Defense Counsel if known: Michael Sneider  
Address: 95 Commercial Wharf, Boston, MA 2110  
Bar Number: _____

**U.S. Attorney Information:**

AUSA: Neil Gallagher  Bar Number if applicable: ___  
Interpreter: [x] Yes  [ ] No  List language and/or dialect: Spanish  
Matter to be SEALED: [ ] Yes  [x] No  
[ ] Warrant Requested  [ ] Regular Process  [ ] In Custody

**Location Status:**

Arrest Date: _____  
[x] Already in Federal Custody as ___ in ___  
[ ] Already in State Custody  [ ] Serving Sentence  [ ] Awaiting Trial  
[ ] On Pretrial Release: Ordered by MJ Swartwood on May 2004

**Charging Document:** [ ] Complaint  [ ] Information  [x] Indictment  
**Total # of Counts:** [ ] Petty  [ ] Misdemeanor  [x] Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

[x] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05  Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     SILVESTRE LIZARDI

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**  **Category No.** II  **Investigating Agency** DEA

**City** Lynn  **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  X  Case No.  04-10299 PBS
Same Defendant  x  New Defendant
Magistrate Judge Case Number  04-M-1685 CBS
Search Warrant Case Number  04-M-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  ROBERT V. RUSCIO  Juvenile:  ☐ Yes  X No

Alias Name

Address  286 NEWBURY ST., PEABODY, MA

Birthdate: 7/15/51  SS # 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  Sex: MALE  Race: White  Nationalit USA

**Defense Counsel if known:**  Edward L. Hayden, Esq.  Address  7 Franklin St., Lynn, MA

Bar Number

**U.S. Attorney Information:**

AUSA  Neil Gallagher  Bar Number if applicable

Interpreter:  ☐ Yes  X No  List language and/or dialect:

**Matter to be SEALED:**  Yes  X  No

\ Warrant Requested  X☐ Regular Process  In Custody

**Location Status:**

Arrest Date

Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
X On Pretrial Release:  Ordered by:  Mag. Judge Swartwood  on

**Charging Document:**  Complaint  ☐ Information  X Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  X☐ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05  Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   ROBERT V. RUSCIO

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 856 | MAINT. PLACE FOR DRUG PURPOSES | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: MA          Category No. _____    Investigating Agency  DEA/MSP

City  Lynn/Peabody             Related Case Information:

County  Essex                  Superseding Ind./ Inf.  X          Case No.  04-10299-PBS
                               Same Defendant    x          New Defendant  _____
                               Magistrate Judge Case Number    04-m-1685-CBS
                               Search Warrant Case Number      04-m-1720 to 1730
                               R 20/R 40 from District of

**Defendant Information:**

Defendant Name  GIOVANI AVILA                     Juvenile   ☐ Yes   ☒ No

Alias Name  _____

Address  _____

Birth date (Year only): ____  SSN (last 4 #): ____  Sex  M  Race:  Hispanic   Nationality: ____

Defense Counsel if known:  Michael Natola         Address:  240 Commerical Street, Ste 2B
                                                           Boston, MA 02109
Bar Number:  _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher                              Bar Number if applicable  _____

Interpreter:   ☐ Yes  ☒ No           List language and/or dialect:  _____

Matter to be SEALED:   ☐ Yes  ☒ No

☐ Warrant Requested         ☐ Regular Process         ☐ In Custody

**Location Status:**

Arrest Date:  _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  MJ Swartwood   on  May 2004

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony   1 count

            Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:  3/23/05              Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    GIOVANI AVILA

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: MA       Category No. _____   Investigating Agency  DEA/MSP

City  Lynn/Peabody          Related Case Information:

County  Essex               Superseding Ind./ Inf.  X           Case No.  04-10299-PBS
                            Same Defendant  x        New Defendant
                            Magistrate Judge Case Number   04-m-1685-CBS
                            Search Warrant Case Number     04-m-1720 to 1730
                            R 20/R 40 from District of

**Defendant Information:**

Defendant Name  GILBERTO ZAYAS                     Juvenile   ☐ Yes   ☒ No

Alias Name  Cumbia King, Tony

Address  _____

Birth date (Year only): ____  SSN (last 4 #): ____  Sex  M  Race:  Hispanic   Nationality: ____

Defense Counsel if known:  Raymond E. Gillespie       Address:  875 Massachusetts Ave, Ste 32
                                                                 Cambridge, MA 02139
Bar Number:  _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher                         Bar Number if applicable  _____

Interpreter:   ☒ Yes  ☐ No         List language and/or dialect:     Spanish

Matter to be SEALED:    ☐ Yes   ☒ No

    ☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date:  _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  MJ Swartwood        on   May 2004

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:   ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  1 count

                   Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date: 3/23/05           Signature of AUSA: _____