JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    GILBERTO ZAYAS _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet                              U.S. District Court - District of Massachusetts

Place of Offense: __MA__          Category No. _____     Investigating Agency __DEA/MSP__

City __Lynn/Peabody__             Related Case Information:

County __Essex__                  Superseding Ind./ Inf. __X__         Case No. __04-10299-PBS__
                                  Same Defendant __x__                 New Defendant _____
                                  Magistrate Judge Case Number   __04-m-1685-CBS__
                                  Search Warrant Case Number     __04-m-1720 to 1730__
                                  R 20/R 40 from District of     _____

## Defendant Information:

Defendant Name __LUIS E. DEJESUS__                      Juvenile  [ ] Yes   [X] No

Alias Name __Edgardo__

Address _____

Birth date (Year only): _____   SSN (last 4 #): _____   Sex __M__  Race: __Hispanic__   Nationality: _____

Defense Counsel if known: __John W. Laymon__         Address: __77 Franklin Street, # 3__
                                                              __Boston, MA 02110__

Bar Number: _____

## U.S. Attorney Information:

AUSA __Neil Gallagher__                              Bar Number if applicable _____

Interpreter:  [X] Yes  [ ] No          List language and/or dialect: __Spanish__

Matter to be SEALED:  [ ] Yes  [X] No

[ ] Warrant Requested       [ ] Regular Process         [ ] In Custody

## Location Status:

Arrest Date: _____

[X] Already in Federal Custody as __May 2004__   in   __Wyatt__
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____   on _____

Charging Document:   [ ] Complaint   [ ] Information   [X] Indictment

Total # of Counts:   [ ] Petty _____   [ ] Misdemeanor _____   [X] Felony __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

[X]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date: __3/23/05__                     Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   LUIS E. DEJESUS

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✤JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**         Category No.  II           Investigating Agency   DEA

City    Lynn                 **Related Case Information:**

County  Essex                Superseding Ind./ Inf.   X              Case No.   04-10299 PBS
                             Same Defendant   X                      New Defendant _____
                             Magistrate Judge Case Number    04-M-  1731CBS
                             Search Warrant Case Number      04- M 1720 to 1730
                             R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   BENITO GRULLON                     Juvenile:     ☐ Yes    X No

Alias Name       QUICO

Address          _____

Birthdate: _____   SS # _____   Sex: MALE   Race: Hispanic      Nationalit  Dominican

Defense Counsel if known:    Ron Ian Segal, Esq..         Address  23 Central Ave., Lynn, MA

Bar Number       _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher                          Bar Number if applicable  _____

Interpreter:       X Yes     No       List language and/or dialect:   Spanish

**Matter to be SEALED:**      Yes   X No

        Warrant Requested           X  Regular Process            In Custody

**Location Status:**

Arrest Date     5/1/04

X Already in Federal Custody as of  _____ in _____
☐ Already in State Custody at  _____  ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:   Ordered by: _____  on _____

**Charging Document:**       Complaint       ☐ Information        X Indictment

**Total # of Counts:**       ☐ Petty         ☐ Misdemeanor         X Felony    2

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05            Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    BENITO GRULLON

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DISTRIBUTION OF COCAINE | 8 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-grulle.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA, CA   **Category No.** _____   **Investigating Agency** DEA/MSP

**City** Lynn   **Related Case Information:**

**County** Essex   Superseding Ind./ Inf.  x   Case No. 04-10299-PBS
Same Defendant _____ New Defendant  X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   MARTIN CERNA GARCIA     Juvenile  ☐ Yes  ☒ No

Alias Name   "Willy"; "Nephew"

Address   11027 Meyers Dr., Cucamnga, CA 91730

Birth date (Year only): 1963  SSN (last 4 #): ____  Sex M  Race: Hispanic  Nationality: Mexican

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher     Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No     List language and/or dialect:  Spanish

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05     Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   MARTIN CERNA GARCIA

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 KG of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** MA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn, MA    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  x        Case No.  04-10299-PBS
Same Defendant  ____    New Defendant  X
Magistrate Judge Case Number  ____
Search Warrant Case Number  ____
R 20/R 40 from District of  ____

**Defendant Information:**

**Defendant Name** ROBINSON RUIZ    Juvenile  ☐ Yes  ☒ No

**Alias Name** "Metresa"

**Address** 6 Houston Street, Lynn, MA 01905

**Birth date (Year only):** 1964   **SSN (last 4 #):** 6369   **Sex** M   **Race:** Hispanic   **Nationality:** Dom. Republic

**Defense Counsel if known:** ____    **Address:** ____

**Bar Number:** ____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher    **Bar Number if applicable** ____

**Interpreter:** ☒ Yes  ☐ No    **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** ____

☐ Already in Federal Custody as ____ in ____
☐ Already in State Custody ____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by ____ on ____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   ROBINSON RUIZ

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:** MA  **Category No.** _____  **Investigating Agency** DEA/MSP

**City** Lynn, MA       **Related Case Information:**

**County** Essex        Superseding Ind./ Inf.  x       Case No.  04-10299-PBS
                        Same Defendant _____       New Defendant  X
                        Magistrate Judge Case Number _____
                        Search Warrant Case Number _____
                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  CARLOS RAFAEL ROJAS       Juvenile  [ ] Yes  [X] No

Alias Name  "Chelo"; "Ramon"

Address  _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race: _____  Nationality: _____

Defense Counsel if known: _____        Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher        Bar Number if applicable _____

Interpreter:  [x] Yes  [ ] No    List language and/or dialect:  Spanish

Matter to be SEALED:  [x] Yes  [ ] No

[x] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  [ ] Complaint   [ ] Information   [x] Indictment

**Total # of Counts:**  [ ] Petty _____  [ ] Misdemeanor _____  [x] Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

[x]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    CARLOS RAFAEL ROJAS, a/k/a "Chelo," a/k/a "Ramon"

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2  18 USC 924 | Poss. of a Firearm | Count Seven |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: MA        Category No. _____    Investigating Agency  DEA/MSP

City    Lynn/Peabody            Related Case Information:

County  Essex                   Superseding Ind./ Inf.  X         Case No.  04-10299-PBS
                                Same Defendant _____  New Defendant  X
                                Magistrate Judge Case Number _____
                                Search Warrant Case Number _____
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   CARLOS ORLANDO ARGUETA-MACARIO        Juvenile   ☐ Yes   ☒ No

Alias Name    "Chaparro"

Address    15 Washington Place, Peabody, MA 01960

Birth date (Year only):  1967   SSN (last 4 #):  0292   Sex  M   Race:  Hispanic   Nationality:  Mexican

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher                   Bar Number if applicable _____

Interpreter:   ☒ Yes   ☐ No      List language and/or dialect:   Spanish

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    CARLOS ORLANDO ARGUETA-MACARIO, a.k.a. "Chaparro"

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet                                U.S. District Court - District of Massachusetts

Place of Offense: __MA__          Category No. _____      Investigating Agency __DEA/MSP__

City __Lynn, MA__                 Related Case Information:

County __Essex__                  Superseding Ind./ Inf.  __x__          Case No. __04-10299-PBS__
                                  Same Defendant _____   New Defendant __X__
                                  Magistrate Judge Case Number _____
                                  Search Warrant Case Number _____
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __WILLIAM R. HOLMES__                Juvenile   ☐ Yes   ☒ No

Alias Name __"Billy"__

Address __43 Reservoir Drive, Danvers, MA__

Birth date (Year only): __1961__  SSN (last 4 #): __7332__  Sex __M__  Race: _____  Nationality: _____

Defense Counsel if known: _____          Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__                      Bar Number if applicable _____

Interpreter:   ☐ Yes  ☐ No       List language and/or dialect: _____

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony __1__

                    Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    WILLIAM R. HOLMES, a/k/a "Billy"

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet   U.S. District Court - District of Massachusetts

**Place of Offense:** MA   **Category No.** _____   **Investigating Agency** DEA/MSP

**City** Lynn, MA   **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. x    **Case No.** 04-10299-PBS
Same Defendant _____    **New Defendant** X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** GENE A. ANDERSON   **Juvenile** ☐ Yes  ☒ No

**Alias Name** _____

**Address** 87 Broad Street #1, Lynn, MA

**Birth date (Year only):** 1970   **SSN (last 4 #):** 0733   **Sex** M   **Race:** _____   **Nationality:** _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** Neil Gallagher   **Bar Number if applicable** _____

**Interpreter:** ☐ Yes  ☐ No   **List language and/or dialect:** _____

**Matter to be SEALED:** ☒ Yes  ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

## Location Status:

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05   **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    GENE A. ANDERSON

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**