UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| | NO.  04-10299-PBS |
| v. | |
| RICARDO ESTRADA | |

### NOTICE OF FINAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                            April 13, 2005

    TAKE NOTICE that the above-entitled case has been set for a Final Pretrial Conference on **May 2, 2005**, at **12:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                         By the Court,

                         _/s/ Robert C. Alba_
                         Deputy Clerk

Copies to:  All Counsel