UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  04-10299-PBS |
| v. | |
| MARIA ESCOBAR, ET AL | |

### NOTICE OF RESCHEDULED HEARING

SARIS, U.S.D.J.                                                                                                               July 5, 2005

      The Motion Hearing previously scheduled for July 6, 2005, has been **rescheduled** to a Status Hearing on **July 28, 2005, at 2:30 p.m.**

**NOTE:**    All Motions to Suppress or Dismiss are to be filed by **August 12, 2005.**

By the Court,

  /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

resched.ntc