```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10299-PBS |
| | ) | |
| LUZ LUCIANO, et al. | ) | |

**NOTICE OF APPEARANCE**

\_\_\_\_\_Now comes the undersigned Assistant United States Attorney and hereby gives notice of her appearance as counsel for the United States of America in the captioned matter.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney


                    By:  /s/ Sandra S. Bower
                         SANDRA S. BOWER
                         Assistant U.S. Attorney
                         United States Attorney's Office
                         One Courthouse Way, Suite 9200
                         Boston, MA 02210
                         (617) 748-3184
```

Dated: January 17, 2006

<u>CERTIFICATE OF SERVICE</u>

I, Sandra S. Bower, do hereby certify that I caused a copy of the foregoing to be served by electronic filing and first-class mail, postage paid, upon counsel of record.

                                        /s/: *Sandra S. Bower*  
                                        SANDRA S. BOWER  
                                        Assistant U.S. Attorney

Dated: January 17, 2006